IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SERGIO DIAZ-MAR, <br> A File Number: 221-372-766 <br><br> *Petitioner*, <br><br> VS. <br><br> PAM BONDI, United States Attorney General of the United States; KRISTI NOEM, Secretary of the United States Department of Homeland Security; TODD M. LYONS, Director of United States Immigration and Customs Enforcement; MIGUEL VERGARA, San Antonio Field Office Director of Enforcement and Removal Operations; BOBBY THOMPSON, Warden, South Texas Detention Complex, <br><br> *Respondents*. | § § § § § § § § § § § § § § § § § § § | CIVIL CASE NO. SA-26-CV-919-FB |

## ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT

Before the Court is the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) filed by Petitioner Sergio Diaz-Mar, who is currently detained in the South Texas Detention Complex in Pearsall, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process, unless otherwise contested, on the Federal Respondent. *See* FED. R. CIV. P. 4(i). Service should be directed to:

Stephanie Rico, the Civil Process Clerk
United States Attorney's Office, Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent, Bobby Thompson, Warden, South Texas Detention Complex, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, of those same documents will constitute sufficient service of process unless otherwise contested. Service should be directed to:

> Bobby Thompson, Warden,
> South Texas Detention Complex
> 566 Veterans Dr
> Pearsall, TX 78061.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition within five (5) days of the date of service.

IT IS FURTHER ORDERED that, if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FURTHER ORDERED that **any possible or anticipated removal or transfer of Petitioner Sergio Diaz-Mar is IMMEDIATELY STAYED[1] until further order from this Court. Respondents shall not transfer Petitioner Sergio Diaz-Mar outside of this judicial district during the pendency of this litigation and until further Order of this Court.** Of course, this stay does not preclude Respondents from taking necessary steps to effect Petitioner's removal, it merely stays the physical removal or transfer of Petitioner.

It is so ORDERED.

SIGNED this 12th day of February, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] *See Maldonado v. Lyons,* Case No. 5:26-CV-0112-JKP, 2026 WL 196521196521, at *2 (W.D. Tex. Jan. 20, 2026) (stay of removal and transfer by Court is proper exercise of Court's inherent power to preserve ability to hear case and "address the matters raised in the instant habeas petition").